No. 874. PUGET SOUND POWER AND LIGHT COMPANY *v.* CITY OF SEATTLE. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James B. Howe* for petitioner. No. appearance for respondent.

No. 820. SEABOARD AIR LINE RAILWAY COMPANY *v.* M. A. INGE. February 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. Murray Allen* for petitioner. *Messrs. George C. Green* and *J. B. Ramsey* for respondent.

No. 822. M. COPPARD, TRUSTEE OF THE ESTATE OF DOLLINGERS, INCORPORATED, BANKRUPT *v.* B. C. MARTIN. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Perry J. Lewis* for petitioner. No appearance for respondent.

No. 824. A. G. JOHNS, AS TRUSTEE IN BANKRUPTCY OF E. Y. FOLEY, INC., A BANKRUPT, ETC. *v.* UNITED BANK AND TRUST COMPANY OF CALIFORNIA. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Tracy L. Jeffords, Edwin C. Dutton,* and *Theodore M. Stuart* for petitioner. *Messrs. D. S. Ewing, O. K. Cushing, Charles S. Cushing, Dilger Trowbridge,* and *John E. Biby* for respondent.

No. 825. A. G. JOHNS, AS TRUSTEE IN BANKRUPTCY OF E. Y. FOLEY, INC., A BANKRUPT, ETC. *v.* PACIFIC-SOUTHWEST TRUST AND SAVINGS BANK, J. E. LYNES, INDIVIDUALLY, ETC., ANDREWS BROS. ET AL. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Tracy L. Jeffords* for petitioner. *Messrs. John E. Biby* and *George E. Farrand* for respondents.